UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
KEVIN GRIFFITH, as Administrator of the
Estate of Colin Gerard Griffith, deceased,

                Plaintiff,

      v.                                    No. 06-CV-1523 (DRH)
AMERICAN INTERCONTINENTAL UNIVERSITY,

                Defendant.
-----------------------------------------------------------------

## ORDER

A conference was held on March 13, 2007 with counsel for both parties in the above-captioned case pursuant to Fed. R. Civ. P. 16. From that conference it appears that defendant wishes to move to dismiss the complaint on jurisdiction grounds and that plaintiff wishes to take limited discovery on that issue. Accordingly, with the agreement of both parties, it is hereby

**ORDERED** that:

1. The parties are granted leave to conduct the discovery by whatever means they deem appropriate limited to the issue of jurisdiction with such discovery to be completed on or before **June 15, 2007**;

2. Defendant shall file and serve any motion to dismiss the complaint on jurisdictional grounds on or before **July 15, 2007**; and

3. A further conference will be held after a decision on the motion to set a schedule for completion of the case if defendant's motion to dismiss is denied.

**IT IS SO ORDERED.**

Dated: March 15, 2007
       Albany, New York

                                                United States Magistrate Judge